# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Larry Waddell ,

    Plaintiff(s),

vs.

Alvin Keller, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10cv532

DECISION BY COURT.  This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 6, 2011 Order.

Signed: September 6, 2011

Frank G. Johns, Clerk
United States District Court